UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

DEBORAH HAGANS,  )
 )
        Plaintiff, )
 )
v. ) **JUDGMENT**
 )
 ) No. 4:12-CV-134-FL
 )
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security, )
 )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the Memorandum and Recommendation if the United States Magistrate Judge to which plaintiff timely filed objections and defendant responded.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 26, 2013, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted. The court affirms the final decision by defendant.

**This Judgment Filed and Entered on September 26, 2013, and Copies To:**

Susan M. O'Malley (via CM/ECF Notice of Electronic Filing)
Robert K. Crowe (via CM/ECF Notice of Electronic Filing)


September 26, 2013                          JULIE A. RICHARDS, CLERK
                                                      /s/ Christa N. Baker
                                                      (By) Christa N. Baker, Deputy Clerk